# Court of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0309. REGINALD CRUMPTON v. LORRAINE CRUMPTON.

Reginald Crumpton appeals from the superior court's final judgment and decree of divorce entered on July 19, 2024. Lorraine Crumpton, the appellee, has filed a motion to dismiss the appeal.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2); see *Evans v. Jackson*, 368 Ga. App. 170, 173 (1) (b) (889 SE2d 343) (2023). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted); *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Reginald Crumpton failed to file an application for discretionary appeal, we lack jurisdiction over this direct appeal. Accordingly, Lorraine Crumpton's motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/02/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.